IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CLIFTON JAMES GRIMES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 7:22-CV-020-O |
| | § | Consolidated with |
| DIRECTOR, TDCJ-CID | § | No. 7:22-CV-022-O |
| | § | |
| Respondent. | § | |

# FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Clifton James Grimes for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

**SO ORDERED** on this 15th day of November, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE